# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KEINALD V. PARNELL,** ) | |
| ) | **CASE NO. 8:07CV220** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| **ROBERT P. HOUSTON,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the petitioner, Keinald V. Parnell's Motion for Leave to Proceed In Forma Pauperis (IFP). The record shows, however, that petitioner paid the $5.00 filing fee on June 13, 2007, therefore, the Motion to Proceed IFP is denied as moot.

IT IS ORDERED:

1. That the petitioner's Motion to Proceed IFP (Filing No. 2) is denied as moot;

2. That the Clerk of Court is directed to send a copy of this Order to the petitioner at his last known address.

DATED this 19th day of June, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge