IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEINALD V. PARNELL,** | ) ) | |
| **Plaintiff,** | ) ) ) | **CASE NO. 8:07CV220** |
| v. | ) ) ) | **ORDER** |
| **ROBERT P. HOUSTON,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

    This matter is before the court on the petitioner, Keinald V. Parnell's Motion for Leave to Proceed In Forma Pauperis (IFP). The record shows, however, that petitioner paid the $5.00 filing fee on June 13, 2007, therefore, the Motion to Proceed IFP is denied as moot.

    IT IS ORDERED:

    1. That the petitioner's Motion to Proceed IFP (Filing No. 2) is denied as moot;

    2. That the Clerk of Court is directed to send a copy of this Order to the petitioner at his last known address.

    DATED this 19th day of June, 2007.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge