IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEINALD V. PARNELL, | ) | 8:07CV220 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT P. HOUSTON, Director, | ) | |
| FRED BRITTEN, Warden, TSCI, | ) | |
| | ) | |
| Respondents. | ) | |

IT IS ORDERED that Petitioner's motion for an enlargement of time (filing 12) is granted, as follows:

1. Petitioner shall have until December 28, 2007, to file a brief in response to Respondent's brief (filing 10).
2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: "January 31, 2008: Approximate date for completion of briefing."

November 19, 2007.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge