IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEINALD V. PARNELL, | ) | |
| | ) | |
| Petitioner, | ) | 8:07CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT P. HOUSTON, Director, | ) | **MEMORANDUM AND** |
| and FRED BRITTEN, Warden, TSCI, | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

This matter is before the court on Petitioner, Keinald Parnell's, Motion for Reconsideration. (Filing No. 20.) Parnell has not set forth any legal or factual basis that would cause this court to reconsider its Memorandum and Order (filing no. 18) and Judgment (filing no. 19) dismissing Parnell's Petition for Writ of Habeas Corpus. Therefore, the motion is denied.

IT IS THEREFORE ORDERED that Parnell's Motion for Reconsideration (filing no. 20) is denied.

April 11, 2008.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge